# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137599 | Glenday | 113 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/06/2025 0805 | MTA 21-801.1 |

Place of Offense: Porter St. Ft. Detrick

Offense Description: Factual Basis for Charge    HAZMAT ☐

Driving Vehicle on Highway at speed exceeding speed limit
36 MPH in posted 25 MPH Zone

### DEFENDANT INFORMATION   Phone: (740) 888-8993

Last Name: Roberts   First Name: Nathanial   M.I.: J

Street Address: [REDACTED]

Vehicle: 2GV 1312 | MD | 17 Sub Crosstrek Blu

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90    Forfeiture Amount
+ $30 Processing Fee
$ 120   Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 1520 Freedman Dr, Frederick, MD 21702
Date: TBD
Time: TBD

X Defendant Signature: [signed]

Original - CVB Copy

*E2137599*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Nov 6, 2025 while exercising my duties as a law enforcement officer in the Ft. Detrick District of Maryland

* See Attached *

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/06/2025    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident